IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **OSVALDO HERNANDEZ,** | § | |
|     **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00415-DB** |
| | § | |
| **PAMELA JO BONDI,** *et al.*, | § | |
|     **Respondents.** | § | |
| | § | |
| | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On April 13, 2026, Respondents filed a "Status Report," ECF No. 23, advising Respondents have no matters to be resolved on their end. They were unable to confer with Petitioner. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.[1]

**SIGNED** this **14th** day of **April 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the event Petitioner later identifies issues remain to be resolved in this case, they may file a motion to reopen the case and set forth a valid legal basis.